## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amy Beth Wert a/k/a Amy Wert a/k/a Amy B Wert a/k/a Amy Raif <br><br>      Debtor(s) <br><br> Lakeview Loan Servicing, LLC, its successors and/or assigns <br>      Movant <br>  vs. <br><br> Amy Beth Wert a/k/a Amy Wert a/k/a Amy B Wert a/k/a Amy Raif <br>      Debtor(s) <br><br> Kenneth E. West <br>      Trustee | CHAPTER 13 <br><br><br><br><br> NO. 24-13117 AMC |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about November 1, 2024.

Dated: June 23, 2025

                    Respectfully submitted,

                    **/s/ Matthew Fissel**
                    Matthew Fissel, Esquire
                    Attorney I.D. 314567
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    201-549-2363
                    bkgroup@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amy Beth Wert a/k/a Amy Wert a/k/a Amy B Wert a/k/a Amy Raif<br><br>**Debtor(s)**<br><br>Lakeview Loan Servicing, LLC<br>**Movant**<br>vs.<br><br>Amy Beth Wert a/k/a Amy Wert a/k/a Amy B Wert a/k/a Amy Raif<br><br>**Debtor(s)**<br><br>Kenneth E. West<br>**Trustee** | BK NO. 24-13117 AMC<br><br>Chapter 13<br><br>Related to Claim No. 15 |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 6/23/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praeceipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/23/2025

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Amy Beth Wert a/k/a Amy Wert a/k/a Amy B Wert a/k/a Amy Raif<br>106 North Cannon Avenue<br>Lansdale, PA 19446 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| William D. Schroeder, Jr. Esq.<br>920 Lenmar Drive<br>Blue Bell, PA 19422 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |