United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-13117-amc
Amy Beth Wert     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Jun 25, 2025     Form ID: 155     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Beth Wert, 106 North Cannon Avenue, Lansdale, PA 19446-2119 |
| 14922559 | + | Borough of Lansdale, Electric Department, One Vine Street, Suite 201, Lansdale, PA 19446-3601 |
| 14922574 | + | Kaapult Group, Inc, 5360 Legacy Drive, Building 2, Suite 135, Plano, TX 75024-4197 |
| 14925142 | + | LAKEVIEW LOAN SERVICING, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14922583 | + | North Penn Water Authority, 300 Forty Foot Rd, Lansdale, PA 19446-4017 |
| 14922584 | | Oral & Maxillofacial Surgeons PC, 1500 Horizon Drive #108, Chalfont, PA 18914-3966 |
| 14922586 | | Radiology Group Abington, P.O. Box 6750, Portsmouth, NH 03802-6750 |
| 14922590 | + | St. Luke's Physician Group, Post Office Box 5386, Bethlehem, PA 18015-0386 |
| 14922593 | + | United ANES Serv PC, P.O. Box 828962, Philadelphia, PA 19182-8962 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14922557 | + | Email/Text: legal@arsnational.com | Jun 26 2025 00:47:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14922558 | ^ | MEBN | Jun 26 2025 00:42:30 | Asset reeovery Solutions, LLC, 2200 E Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14922561 | + | Email/Text: BKPT@cfna.com | Jun 26 2025 00:47:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14922565 | | Email/Text: correspondence@credit-control.com | Jun 26 2025 00:47:00 | Credit Control, LLC, 3300 Rider Trail S., Suite 500, Earth City, MO 63045 |
| 14927062 | | Email/Text: BKPT@cfna.com | Jun 26 2025 00:47:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14922560 | + | Email/Text: kellyp@ccpdocs.com | Jun 26 2025 00:48:00 | Cardiology Consultants, 207 North Broad Street, 3rd FL, Philadelphia, PA 19107-1500 |
| 14922562 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 00:59:43 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14922563 | + | Email/Text: mediamanagers@clientservices.com | Jun 26 2025 00:47:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14922564 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2025 00:47:00 | Comenity Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14922566 | + | Email/Text: BKPT@cfna.com | Jun 26 2025 00:47:00 | CreditFirst National Association, BK-16/Credit Operations, P.O. Box 81410, Cleveland, OH 44181-0410 |
| 14922567 | | Email/Text: signed.order@pfwattorneys.com | Jun 26 2025 00:47:00 | Crown Asset Managment, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14925984 | | Email/Text: mrdiscen@discover.com | | |

Case 24-13117-amc    Doc 26    Filed 06/27/25    Entered 06/28/25 00:42:20    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 25, 2025 | Form ID: 155 | Total Noticed: 56 |

| | | | |
| --- | --- | --- | --- |
| | | Jun 26 2025 00:47:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14922568 | + Email/Text: mrdiscen@discover.com | | |
| | | Jun 26 2025 00:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14922570 | Email/Text: rj@ffcc.com | | |
| | | Jun 26 2025 00:47:00 | First Federal Credit Control, Inc., 24700 Chagrin Blvd., Suite 205, Cleveland, OH 44122-5662 |
| 14922571 | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | Jun 26 2025 00:47:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 14922569 | Email/Text: BKPT@cfna.com | | |
| | | Jun 26 2025 00:47:00 | Firestone, CFNA, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14922572 | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Jun 26 2025 00:48:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14922573 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jun 26 2025 00:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14925744 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 26 2025 00:46:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14925063 | ^ MEBN | | |
| | | Jun 26 2025 00:42:37 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14945810 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jun 26 2025 00:47:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14922575 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jun 26 2025 00:47:00 | Loancare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14922576 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 26 2025 00:46:55 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14932720 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 26 2025 00:48:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14922577 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 26 2025 00:48:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 14922578 | + Email/Text: MDSBankruptcies@meddatsys.com | | |
| | | Jun 26 2025 00:47:00 | Medical Revenue Services, PO Box1149, Sebring, FL 33871-1149 |
| 14944498 | + Email/Text: Unger@Members1st.org | | |
| | | Jun 26 2025 00:47:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14922579 | + Email/Text: unger@members1st.org | | |
| | | Jun 26 2025 00:48:00 | Members 1st Federal Credit Union, 5000 Louise Drive, P.O. Box 40, Mechanicsburg, PA 17055-0040 |
| 14941650 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 26 2025 00:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14922580 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 26 2025 00:47:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14922581 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 26 2025 00:47:00 | Midland Credit Mgmt, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14922582 | Email/Text: mmrgbk@miramedrg.com | | |
| | | Jun 26 2025 00:47:00 | MiraMed Revenue Group, PO Box 1411, Carol Stream, IL 60132-1411 |
| 14933924 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 26 2025 00:59:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14922585 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jun 26 2025 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14937038 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 26 2025 00:47:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |

Case 24-13117-amc   Doc 26   Filed 06/27/25   Entered 06/28/25 00:42:20   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 155 | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| 14930173 | Email/Text: bnc-quantum@quantum3group.com | Jun 26 2025 00:47:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14930285 | Email/Text: bnc-quantum@quantum3group.com | Jun 26 2025 00:47:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14922587 | Email/Text: lawfirmTX@RAUSCHSTURM.com | Jun 26 2025 00:47:00 | Rausch Sturm LLP, 250 N. Sunnyslope Road, Suite 300, Brookfield, WI 53005 |
| 14922588 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2025 00:46:50 | Resurgent Capital Services, Post Office Box 10497, Greenville, SC 29603-0497 |
| 14922589 | Email/Text: bankruptcy@sequium.com | Jun 26 2025 00:47:00 | Sequium Asset Solutions, LLC, 1130 Northcahse Parkway, Suite 150, Marietta, GA 30067 |
| 14922591 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 26 2025 00:46:15 | T-Mobile, Customer Relations, PO Box 37380, Albuquerque, NM 87176-7380 |
| 14922592 | + Email/Text: bankruptcydepartment@tsico.com | Jun 26 2025 00:48:00 | Transworld Systems Inc., 500 Virginia Drive, Fort Washington, PA 19034-2733 |
| 14930653 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 26 2025 00:46:49 | U.S. Department of Housing and Urban Development, 801 Market Street, The Strawbridge Building, 12TH Floor, Philidelphia, PA 19107 |
| 14922594 | + Email/Text: BAN5620@UCBINC.COM | Jun 26 2025 00:47:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14922595 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 26 2025 00:47:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14922596 | + Email/Text: bkfilings@zwickerpc.com | Jun 26 2025 00:48:00 | Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008 |
| 14922597 | Email/Text: bkfilings@zwickerpc.com | Jun 26 2025 00:48:00 | Zwicker & Associates, P.C., 900 NorthBrook Drive, Suite 102, Feasterville Trevose, PA 19053-8432 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14934346 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2025          Signature:     /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 155 | Total Noticed: 56 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Debtor Amy Beth Wert schroeder@jrlaw.org  Healey@jrlaw.org |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Amy Beth Wert ) Case No. 24−13117−amc
   aka Amy Wert )
   aka Amy B Wert )
   fka Amy Raif ) Chapter: 13
    )
   Debtor(s). )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 24, 2025                                                                   For The Court

                                                                                             Ashely M. Chan
                                                                                             Chief Judge, United States Bankruptcy Court